UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
THE HEMMERDINGER CORPORATION,                                     :
d/b/a ATCO,                                                       :
                                                                  :
                                                                  :        **VERDICT SHEET**
                    Plaintiff,                                    :
                                                                  :        12-CV-2650 (WFK) (VMS)
        v.                                                        :
                                                                  :
FRANK M. RUOCCO, JR., BORIS A.                                    :
TOMICIC, WILLIAM S. MCCAMBRIDGE,                                  :
EARTH TECHNOLOGY, INC., RECYCLE                                   :
TECHNOLOGY, LLC,                                                  :
                                                                  :
                    Defendants.                                   :
                                                                  :
------------------------------------------------------------------X

Nothing said in the Verdict Form is meant to suggest what your verdict should be. You alone have the responsibility to decide the verdict.

**Verdict Form**

WE, the jury, unanimously find, with respect to each question below, that the Plaintiff, THE HEMMERDINGER CORPORATION, D/B/A ATCO, [HAS / HAS NOT] satisfied its burden of proof.

1




**Claim One – Fraud (Against Tomicic and McCambridge)**

1. Did Defendant Tomicic and/or Defendant McCambridge make a representation of fact? (Select "yes" or "no" for each defendant)
   Tomicic:        ☑ YES        ☐ NO
   McCambridge:    ☑ YES        ☐ NO

If the answer to question 1 is YES for both defendants, move on to question 2. If the answer is YES for only one defendant, move onto question 2 for only that defendant. If the answer to question 1 is NO for both defendants, do not move on.


2. Was the representation false? (Check one for each defendant)
   Tomicic:        ☑ YES        ☐ NO
   McCambridge:    ☑ YES        ☐ NO

If the answer to question 2 is YES for both defendants, move on to question 3. If the answer is YES for only one defendant, move onto question 3 for only that defendant. If the answer to question 2 is NO for both defendants, do not move on.


3. Did the Defendant Tomicic and/or Defendant McCambridge know that the representation was false, or did the Defendant Tomicic and/or Defendant McCambridge make the representation recklessly without regard to whether it was true or false? (Select "yes" or "no" for each defendant)
   Tomicic:        ☑ YES        ☐ NO
   McCambridge:    ☑ YES        ☐ NO

If the answer to question 3 is YES for both defendants, move on to question 4. If the answer is YES for only one defendant, move onto question 4 for only that defendant. If the answer to question 3 is NO for both defendants, do not move on.


4. Was the representation made to induce the Hemmerdinger Corporation? (Select "yes" or "no" for each defendant)
   Tomicic:        ☑ YES        ☐ NO
   McCambridge:    ☑ YES        ☐ NO

If the answer to question 4 is YES for both defendants, move on to question 5. If the answer is YES for only one defendant, move onto question 5 for only that defendant. If the answer to question 4 is NO for both defendants, do not move on.

5. Did the Hemmerdinger Corporation justifiably rely on Defendant Tomicic's and/or Defendant McCambridge's representation? (Select "yes" or "no" for each defendant)

    Tomicic:        ☑ YES        ☐ NO
    McCambridge:  ☑ YES        ☐ NO

If the answer to question 5 is YES for both defendants, move on to question 6. If the answer is YES for only one defendant, move onto question 6 for only that defendant. If the answer to question 5 was NO for both defendants, do not move on.

6. Was the Hemmerdinger Corporation damaged as a result of its reliance? (Select "yes" or "no" for each defendant)

    Tomicic:        ☑ YES        ☐ NO
    McCambridge:  ☑ YES        ☐ NO

If the answer to question 6 is YES for both defendants, move on to question 7. If the answer is YES for only one defendant, move onto question 7. If the answer to question 6 was NO for both defendants, do not move on.

7. What was the monetary loss sustained by the Hemmerdinger Corporation due to this fraud?

    Total Monetary Loss Sustained = $ _____2,000.00_____

\* \* \*

3

**Claim Two – Racketeer Influenced and Corrupt Organization Act (RICO) 18 U.S.C. § 1962(c) (Against all Defendants)**

1. Did a civil RICO enterprise exist among the defendants? (Select one)
   ☐ YES             ☑ NO

If the answer to question 1 is YES, move on to question 2. If the answer to question 1 is NO, do not move on.

2. Did the enterprise affect interstate or foreign commerce? (Select one)
   ☐ YES             ☐ NO

If the answer to question 2 is YES, move on to question 3. If the answer to question 2 is NO, do not move on.

3. Was a defendant associated with the enterprise? (Select "yes" or "no" for each defendant)
   - Earth Technology:        ☐ YES        ☐ NO
   - Frank M. Ruocco Jr.:     ☐ YES        ☐ NO
   - Boris Tomicic:           ☐ YES        ☐ NO
   - Recycle Technology:      ☐ YES        ☐ NO
   - William McCambridge:     ☐ YES        ☐ NO

If the answer to question 3 is YES for all defendants, move on to question 4. If the answer is YES for only certain defendants, move onto question 4 for only those defendants. If the answer to question 3 was NO for all defendants, do not move on.

4. Did a defendant engage in a pattern of racketeering activity? (Select "yes" or "no" for each defendant)
   - Earth Technology:        ☐ YES        ☐ NO
   - Frank M. Ruocco Jr.:     ☐ YES        ☐ NO
   - Boris Tomicic:           ☐ YES        ☐ NO
   - Recycle Technology:      ☐ YES        ☐ NO
   - William McCambridge:     ☐ YES        ☐ NO

If the answer to question 4 is YES for all defendants, move on to question 5. If the answer is YES for only certain defendants, move onto question 5 for only those defendants. If the answer to question 4 was NO for all defendants, do not move on.

5. Did a defendant conduct, or participate in, the conduct of the enterprise through a pattern of racketeering activity? (Select "yes" or "no" for each defendant)

    Earth Technology:        ☐ YES        ☐ NO

    Frank M. Ruocco Jr.:        ☐ YES        ☐ NO

    Boris Tomicic:        ☐ YES        ☐ NO

    Recycle Technology:        ☐ YES        ☐ NO

    William McCambridge:        ☐ YES        ☐ NO

If the answer to question 5 is YES for all defendants move on to question 6. If the answer is YES for only certain defendants, move onto to question 6 for only those defendants. If the answer to question 5 was NO for all defendants, do not move on.

6. Did the Plaintiff, the Hemmerdinger Corporation, d/b/a ATCO, suffer an injury caused by the enterprise's pattern of racketeering activity? (Select one)

    ☐ YES        ☐ NO

If the answer to question 6 is YES, move on to question 7. If the answer to question 5 is NO, do not move on.

7. What was the monetary loss sustained by the Hemmerdinger Corporation due to this violation of 18 U.S.C. § 1962(c)?

    Total Monetary Loss Sustained = $_____

        \* \* \*

**Claim Three – Racketeer Influenced and Corrupt Organization Act (RICO) 18 U.S.C. § 1962(d) (Against all Defendants)**

1. Was there an agreement among two or more persons to participate in an enterprise that would affect interstate commerce through a pattern of racketeering activity? (Select one)

     ☑ YES            ☐ NO

If the answer to question 1 is YES, move on to question 2. If the answer to question 1 is NO, do not move on.

2. Did a defendant knowingly and willfully become a member of the enterprise? (Select "yes" or "no" for each defendant)

| Defendant | | |
|---|---|---|
| Earth Technology: | ☑ YES | ☐ NO |
| Frank M. Ruocco Jr.: | ☑ YES | ☐ NO |
| Boris Tomicic: | ☑ YES | ☐ NO |
| Recycle Technology: | ☑ YES | ☐ NO |
| William McCambridge: | ☐ YES | ☑ NO |

If the answer to question 2 is YES for all defendants, move on to question 3. If the answer is YES for only certain defendants, move onto question 3 for only those defendants. If the answer to question 2 is NO, do not move on.

3. Did a defendant, or another member of the conspiracy, agree to commit at least two or more racketeering acts? (Select "yes" or "no" for each defendant)

| Defendant | | |
|---|---|---|
| Earth Technology: | ☑ YES | ☐ NO |
| Frank M. Ruocco Jr.: | ☑ YES | ☐ NO |
| Boris Tomicic: | ☑ YES | ☐ NO |
| Recycle Technology: | ☑ YES | ☐ NO |
| William McCambridge: | ☐ YES | ☐ NO |
| Another member: | _____ | |

If the answer to question 3 is YES for all defendants, move on to question 4. If the answer is YES for only certain defendants, move onto question 4 for only those defendants. If the answer to question 3 is NO, do not move on.

4. Did the Plaintiff, the Hemmerdinger Corporation, d/b/a ATCO, suffer an injury caused by the enterprise's racketeering activity? (Select one)

     ☑ YES            ☐ NO

If the answer to question 4 is YES, move on to question 7. If the answer to question 4 is NO, do not move on.

6

5. What was the monetary loss sustained by the Hemmerdinger Corporation due to this violation of 18 U.S.C. § 1962(d)?

Total Monetary Loss Sustained = $ __334,766.98__

\* \* \*

7

**Affirmative Defense – In Pari Delicto (Against Plaintiff)**

1. Did the Plaintiff, the Hemmerdinger Corporation, d/b/a ATCO, as a direct result of its own actions, bear at least substantially equal responsibility for the violations alleged in this case? (Select one)

☐ YES   ☑ NO

\* \* \*

*The Jury Foreperson should date and sign this Verdict Sheet and return to the Courtroom*

Dated May __6__, 2016                    Signed: _____
                                                                                     **Jury Foreperson**